**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHELLE MYERS, an individual )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CASE & ASSOCIATES PROPERTIES, )<br>INC., A Domestic For Profit Business )<br>Corporation, )<br>Defendant. ) | Case No. 13-CV-698-GKF-PJC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN the Plaintiff, Michelle Myers and the Defendant, Case & Associates Properties, Inc., (collectively "Parties"), by and through their respective attorneys of record, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed pursuant to the Fed. R. Civ. P. Rules 41(a)(1)(A)(ii).

The Parties, by filing this Joint Stipulation of Dismissal with Prejudice advises the Court that all issues between the Parties to the present litigation have been fully and finally resolved and each Party will bear its own attorneys fees and costs.

Approved and Agreed to By:

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, OK 74119
 P:  (918) 585-2667  F: (918) 585-2669
**ATTORNEYS FOR PLAINTIFF**

-2-

/s/W. Kirk Turner_____
W. Kirk Turner
Rachel B. Crawford
Jacob S. Crawford
**NEWTON, O'CONNOR, TURNER & KETCHUM**
15 West 6th Street, Suite 2700
Tulsa, Oklahoma 74119
(918) 587-0101
(918) 587-0102 (facsimile)
kturner@newtonoconnor.com
rcrawford@newtonoconnor.com
jcrawford@newtonoconnor.com
**ATTORNEYS FOR DEFENDANT**